## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORTH WORTH

| | | |
|---|---|---|
| BILL MONTES, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 4:15-CV-383-O** |
| v. | ) | |
| | ) | **Jury Demand** |
| THE LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY, | ) | **Electronically Filed** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that The Defendant, The Lincoln National Life Insurance Company, hereby provides notice that the parties have agreed to resolve Plaintiff's claims. The parties anticipate consummating the settlement and filing a Stipulation of Dismissal with the Court within the next 45 days.

Dated: November 19, 2015.

Respectfully submitted,

/s/ John Scannapieco
Jennifer S. Stoddard
Texas Bar No. 19260650
STODDARD & WELSH, PLLC
8150 N. Central Expressway, Suite 1150
Dallas, Texas 75206
(214) 884-4900
jstoddard@stoddardwelsh.com

John M. Scannapieco (BPR No. 14473)
BAKER DONELSON BEARMAN
   CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
(615) 726-5648
jscannapieco@bakerdonelson.com

*Attorneys for the Defendant, The Lincoln National
Life Insurance Company*

<u>**CERTIFICATE OF SERVICE**</u>

     I hereby certify that a true and correct copy of the foregoing was served electronically by operation of the Court's electronic filing system or by U.S. first class mail, postage pre-paid to Marc S. Whitehead, Esq., Marc Whitehead & Associates, 5300 Memorial Drive, Suite 725, Houston, Texas 77007 on this 19th day of November, 2015.

/s/ John M. Scannapieco
John M. Scannapieco