UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BILL MONTES,<br><br>    Plaintiff,<br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Civ. Action No. 4:15-CV-383-O<br>)<br>)  Electronically Filed<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Bill Montes, and the Defendant, The Lincoln National Life Insurance Company, hereby stipulate that this action is hereby dismissed with prejudice to the refiling of the same.

Each party shall bear their own attorneys' fees and costs.

Dated: December 29, 2015.

Respectfully submitted,

/s/ John M. Scannapieco
John M. Scannapieco
Tenn. Reg. No. 14473
BAKER DONELSON BEARMAN
   CALDWELL & BERKOWITZ, PC
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
(615) 726-5648
jscannapieco@bakerdonelson.com

*Attorneys for the Defendant, The Lincoln National Life Insurance Company*

        /s/ J. Anthony Vessel (w/ permission JS)
        Marc S. Whitehead
        State Bar No. 00785238
        J. Anthony Vessel
        Texas State Bar No. 24084019
        Marc Whitehead & Assoc., Attorneys at Law, LLP
        5300 Memorial Drive, Suite 725
        Houston, Texas 77007
        Telephone: (713) 228-8888
        marc@marcwhitehead.com
        anthony@marcwhitehead.com

        *Attorneys for the Plaintiff, Bill Montes*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served electronically by operation of the Court's electronic filing system or via U.S. first class mail, postage pre-paid, to Marc Whitehead, Esq. and J. Anthony Vessel, Esq., Marc Whitehead & Assoc., Attorneys at Law, LLP, 5300 Memorial Drive, Suite 725, Houston, Texas 77007 on December 29, 2015.

        /s/ John M. Scannapieco
        John M. Scannapieco